1  BENJAMIN B. WAGNER
   United States Attorney
2  S. ROBERT TICE-RASKIN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2738

FILED

NOV 21 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 2:12-cr-0408 WBS |
| Plaintiff, ) | **ORDER TO SEAL** |
| v. ) | [UNDER SEAL] |
| CHRIS BARNA, ) | |
| Defendant. ) | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney S. Robert Tice-Raskin to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

DATED:  Nov. 21, 2012

_____
KENDALL J. NEWMAN
United States Magistrate Judge