BENJAMIN B. WAGNER
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2738

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr. 12-408 WBS |
| Plaintiff, ) | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;[PROPOSED] FINDINGS AND ORDER |
| v. ) | |
| CHRISTOPHER LEE BARNA, ) | |
| Defendant. ) | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. Defendant first appeared before Magistrate Judge Newman, a judicial officer in the court in which this charge is pending, on November 28, 2012. On that date, this matter was set for status on January 14, 2013 before Judge Shubb. In addition, at the request of defendant, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from November 28, 2012, through January 14, 2013, was deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and B (iv) [Local Code T4]. By previous

1  stipulation and order approved by this Court, the status
2  conference was continued until March 11, 2013 and time was
3  excluded under Local Code T4.
4        2.   By this stipulation, defendant now moves to continue the
5  status conference until April 8, 2013 at 9:30 a.m. and to exclude
6  time between March 11, 2013 and April 8, 2013, under Local Code
7  T4.  Plaintiff does not oppose this request.
8        3.   The parties agree and stipulate, and request that the
9  court find the following:
10       a.   The government has represented that there is
11            substantial discovery associated with the case which
12            includes investigative reports and related documents in
13            electronic form (approximately 880 pages).  All of this
14            discovery has been produced directly to counsel.
15       b.   Counsel for defendant desires additional time to
16            consult with his client, to review the current charges,
17            to conduct investigation related to the charges, to
18            review discovery for this matter, and to otherwise
19            prepare for potential resolution of this matter or
20            trial.
21       c.   Counsel for defendant believes that failure to grant
22            the above-requested continuance would deny him the
23            reasonable time necessary for effective preparation,
24            taking into account the exercise of due diligence.
25       d.   The government does not object to the continuance.
26       e.   Counsel for defendant has specifically discussed all of

2

           the contents of this stipulation with his client and represents that his client concurs with the contents of this stipulation.

    f.    Defendant Barna has specifically discussed all of the contents of this stipulation with his counsel and represents that he concurs with the contents of this stipulation.

    g.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original dates prescribed by the Speedy Trial Act.

    h.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, <u>et seq.</u>, within which trial must commence, the time period of March 11, 2013 to April 8, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B (iv) [Local Code T4] because it results from a continuance granted by the judge at defendant's request on the basis of the judge's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period

//

within which a trial must commence.

IT IS SO STIPULATED.

DATED:    5 March 2013.

                         /s/ Tice-Raskin
                         S. ROBERT TICE-RASKIN
                         Assistant United States Attorney

DATED:    5 March 2013.

                         /s/ Doug Beevers
                         DOUGLAS BEEVERS
                         Counsel for Defendant

<u>O R D E R</u>

IT IS SO FOUND AND ORDERED this <u>6th</u> day of March, 2013.

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4