BENJAMIN B. WAGNER
United States Attorney
S. ROBERT TICE-RASKIN
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CR-00408-TLN |
|---|---|
| Plaintiff, | |
| v. | SECOND *AMENDED* FINAL ORDER OF FORFEITURE |
| CHRIS BARNA, | |
| Defendant. | |

WHEREAS, on or about June 4, 2013, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Chris Barna in the following property:

>(a) Real property located at 744 Monte Rosa Lane, Manteca, California, San Joaquin County, APN: 200-270-54.

AND WHEREAS, beginning on June 5, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States sent direct written notice by certified mail

1

Second *Amended* Final Order of Forfeiture

to the following individuals known to have an alleged interest in the above-described property:

    a) **Laura Barna**.  A notice letter was sent via certified mail to Laura Barna at 744 Monte Rosa Lane, Manteca, California, 95337 on June 11, 2011. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed for on or about June 20, 2013 by Laura Barna.

    b) **Bank of the West**.  A notice letter was sent via certified mail to Bank of the West, Consumer Product Servicing at P.O. Box 5167, San Ramon, California, 94583-5167 on June 11, 2011. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed for on or about June 13, 2013.  A copy of the notice letter was also faxed to Bank of the West at (402) 918-8880 on June 11, 2013. The fax confirmation report shows the fax was received at the number listed above.

WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired;

WHEREAS, no other petitions were filed and no person thought to have an interest in the property is an infant, an incompetent, or is presently engaged in the military service;

AND WHEREAS, entry of this order is necessary to pass clear title to the property to any subsequent purchaser or transferee;

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Second *Amended* Final Order of Forfeiture shall be entered forfeiting to the real property known as 744 Monte Rosa Lane, Manteca, California, to the United States pursuant to 18 U.S.C. § 982(a)(2)(A), as it constitutes property derived from proceeds obtained directly or indirectly as a result of a violation of 18 U.S.C. § 1344, to which the defendant pleaded guilty, free from the claims of all persons, including, but not limited to, the following individuals and entities whose rights to the property are hereby extinguished:

    a. Chris Barna

      b.    Laura Barna

      c.    Bank of the West.

2.    The real property located at 744 Monte Rosa Lane, Manteca, California, San Joaquin County, **APN: 200-270-54**, and more fully described as:

> A PORTION OF LOT 272 AND A PORTION OF LOT 273 AS SHOWN ON THAT CERTAIN MAP, FILED APRIL 13, 2001 IN BOOK 36 OF MAPS AND PLATS, PAGE 10, SAN JOAQUIN COUNTY RECORDS, SITUATED IN THE CITY OF MANTECA, SAN JOAQUIN COUNTY, STATE OF CALIFORNIA, LYING WITHIN THE NORTHWEST QUARTER OF SECTION 31, TOWNSHIP 1 SOUTH, RANGE 7 EAST, MOUNT DIABLO BASE AND MERIDIAN, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:
>
> BEGINNING AT THE SOUTHWEST CORNER OF SAID LOT 272, ALSO BEING A POINT ON THE EAST RIGHT-OF-WAY LINE OF MONTE ROSA LANE; THENCE, NORTH 0209' 10" WEST, ALONG THE EAST RIGHT-OF-WAY LINE OF SAID MONTE ROSA LANE AND THE WEST LINE OF SAID LOT 272, A DISTANCE OF 61.00 FEET; THENCE LEAVING SAID WEST LINE, TRAVERSING SAID LOT 272, NORTH 8750' 50" EAST, 100.00 FEET TO THE EAST LINE OF SAID LOT 272; THENCE, ALONG SAID EAST LINE AND THE EAST LINE OF SAID LOT 273, SOUTH 0209' 10" EAST, 63.00 FEET; THENCE, TRAVERSING SAID LOT 273, SOUTH 8750' 50" WEST, 100.00 FEET TO THE WEST LINE OF SAID LOT 273; THENCE ALONG SAID WEST LINE AND THE EAST LINE OF MONTE ROSA LANE, NORTH 0209' 10" WEST, 2.00 FEET TO THE SOUTHWEST CORNER OF SAID LOT 272 AND THE POINT OF BEGINNING.
>
> A CERTIFICATE OF CORRECTION RECORDED OCTOBER 11, 2001 AS INSTRUMENT NO. 01167335, SAN JOAQUIN COUNTY RECORDS.
>
> APN: 200-270-54

3.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

4.    The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 14th day of August, 2014.

_____
Troy L. Nunley
United States District Judge

Second *Amended* Final Order of Forfeiture